In the Matter of PROC BUILDING CORPORATION, Appellant, against HENRY L. CONNELL et al., Constituting the BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents.

(Argued March 7, 1934; decided March 23, 1934.)

*Joseph I. Weissman* and *Hyman D. Rapps* for appellant.

*Paul Windels, Corporation Counsel (Willard S. Allen* and *Paxton Blair* of counsel), for Henry L. Connell et al., constituting the Board of Standards and Appeals, respondents.

*Franklin M. Tomlin* for Nicola Capone et al., intervening respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.